IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carlisle, Kenneth | Case Number: 08 B 08005 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 4/2/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 7. | Chrysler Financial | Unsecured | 0.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 0.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 13. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| 14. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 15. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Carlisle, Kenneth

Printed:  7/15/08

Case Number:  08 B 08005
Judge:  Wedoff, Eugene R
Filed:  4/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

